FILED

05/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0269

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| ALEXANDER KIM TORPPE,<br><br>           Petitioner,<br><br>   v.<br><br>ELEVENTH JUDICIAL DISTRICT COURT FOR FLATHEAD COUNTY, And THE HONORABLE HEIDI J. ULBRICHT,<br><br>           Respondents. | Cause No. _____<br><br><br>Eleventh Judicial District Court<br>Cause No. DC-17-645C |

## ORDER

Based upon Petitioner's Unopposed Motion to Seal Exhibits and good cause appearing, Petitioner's Motion is hereby GRANTED.  Exhibits 8, 11, 12, 15, 19, 20, 21, 22, and 23 are sealed.

Dated this _____ day of _____, 2020.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 11 2020